## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| PATRICIA WARE | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:19-cv-47 |
| | § | |
| KNIGHT TRANSPORTATION, INC. | § | |
| AND WAYNE E. GLENNA | § | |
|     Defendants | § | JURY REQUESTED |

## DEFENDANTS' NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants, KNIGHT TRANSPORTATION, INC. AND WAYNE E. GLENNA, and hereby give notice of their removal of Cause No. E-203101 in the 172nd Judicial District Court of Jefferson County, Texas, to the United States District Court for the Eastern District of Texas pursuant to the provisions of 28 U.S.C. §§ 1441(a) and 1446.

### Factual Background

1.     On or about April 12, 2017, Plaintiff claims she was injured when her vehicle was involved in a collision with a Knight Transportation, Inc. tractor and trailer in Jefferson County, Texas. Plaintiff filed suit in state court.

2.     Plaintiff filed suit in state court on December 28, 2018. Service of Citation and Petition was made on Knight Transportation, Inc. and Wayne E. Glenna by agreement via certified mail on Roger D. Oppenheim on January 9, 2019. In Plaintiff's Petition there is a monetary claim for damages in an amount over $1,00,000.00, which exceeds the jurisdictional minimum. The case has been on file for less than one year. Removal is both timely and appropriate.

## Basis for Removal and Jurisdiction

3.      This cause may be removed pursuant to 28 U.S.C. § 1441(a). "[A]ny civil action brought in State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant to the district court of the United States for the district and division embracing the place where such action is pending." This Court has jurisdiction over this matter under 28 U.S.C. § 1332 because there is complete diversity of citizenship and the amount in controversy is greater than $75,000.00.

## Full Diversity Between the Parties

*Complete Diversity of Citizenship*

4.      To have diversity of citizenship, each plaintiff must have a different citizenship from each defendant. 28 U.S.C. § 1332. Complete diversity of citizenship exists between the parties as the Plaintiffs are Texas citizens and none of the Defendants are Texas citizens or corporations.

5.      Plaintiff is a citizen of the State of Texas.

6.      Defendant, Wayne E. Glenna, is a resident and citizen of the State of Alabama.

7.      Defendant, Knight Transportation, Inc. is an Arizona corporation with its principal place of business in Arizona.

*Amount in Controversy*

8.      In order for diversity jurisdiction to exist, the amount in controversy must exceed $75,000.00, exclusive of interest and costs. 28 U.S.C. § 1332(a).

9.      In papers filed in State court, Plaintiff alleges damages being sought are over $1,000,000.00.

## Removal is Timely and Appropriate

10.     If the plaintiff creates diversity jurisdiction sometime after filing the initial complaint, the defendant has one year from the commencement of the suit to remove.  28 U.S.C. § 1446(b).  A defendant has 30 days to remove a civil action after receipt of the first pleading or other paper that establishes the jurisdictional grounds.  28 U.S.C. § 1446(b).  When diversity is the basis for removal, the defendant can rely on the plaintiff's voluntary assertion of damages within the complaint to meet the monetary jurisdictional requirement for diversity.  *S.W.S. Erectors, Inc. v. Infax, Inc.*, 72 F.3d 489, 492 (5th Cir. 1996).  "The burden of establishing subject matter jurisdiction in federal court rests on the party seeking to invoke it." *St. Paul Reinsurance Co. v. Greenberg*, 134 F.3d 1250, 1253 (5th Cir. 1998).  Here, Plaintiffs' Pleading voluntarily asserts an amount in controversy more than $1,00,000.00.  This removal is filed within the thirty (30) days of the service of Plaintiff's Petition.  The removal is both timely and appropriate.

## Jury Demanded

11.     Defendants request that the case be tried before a jury.

## Consent of Served Defendants

12.     Defendants, Knight Transportation, Inc. and Wayne E. Glenna consent to this removal.

## Compliance with Local Rule and Notice Requirements

14.     Pursuant to 28 U.S.C. § 1446 and Local Rule 81, the following documents are attached to this Notice:

Exhibit A.........Plaintiff's Original Petition with Civil Case Information Sheet

Exhibit B.......Citation for Knight Transportation, Inc.

Exhibit C.......Citation for Wayne E. Glenna

Exhibit D...... Request for Process

Exhibit E........Return of Citation of Knight Transportation, Inc.

Exhibit F........Return of Citation of Wayne E. Glenna

Defendants know of no orders signed by the state judge.

15.     Pursuant to 28 U.S.C. 1446(d), written notice of the filing of this instrument will be given to Plaintiff.  A true and correct copy of this Notice of Removal will also be attached as an exhibit with the written Notice of Removal filed with the clerk of the state court.

Respectfully submitted,

/s/ Roger D. Oppenheim

Roger D. Oppenheim
FBN: 14206
SBN: 15292400

OF COUNSEL:
**LORANCE THOMPSON, P.C.**
2900 North Loop West, Suite 500
Houston, TX 77092
713/868-5560
713/864-4671 (fax)
rdo@lorancethompson.com
ATTORNEY FOR DEFENDANTS
KNIGHT TRANSPORTATION, INC.
AND WAYNE E. GLENNA

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 31st day of January, 2019, a true and correct copy of the foregoing instrument was served by e-filing and/or facsimile to the following counsel of record:

Paul "Chip" Ferguson, Jr.
Ferguson Law Firm
350 Pine Street, Ste. 1440
Beaumont, TX 77701
cferguson@thefergusonlawfirm.com

/s/ Roger D. Oppenheim

Roger D. Oppenheim

613386.1 PLD 0001479 16782 RDO

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PATRICIA WARE | § | |
|    Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:19-cv-47 |
| | § | |
| KNIGHT TRANSPORTATION, INC. | § | |
| AND WAYNE E. GLENNA | § | |
|    Defendants | § | JURY REQUESTED |

## INDEX OF MATTERS BEING FILED

Defendants, KNIGHT TRANSPORTATION, INC. AND WAYNE E. GLENNA, in connection with the removal of this case to the United States District Court for the Eastern District of Texas, Beaumont Division, file their index of matters, as follows:

Exhibit A.........Plaintiff's Original Petition with Civil Case Information Sheet

Exhibit B.......Citation for Knight Transportation, Inc.

Exhibit C.......Citation for Wayne E. Glenna

Exhibit D...... Request for Process

Exhibit E.......Return of Citation of Knight Transportation, Inc.

Exhibit F.......Return of Citation of Wayne E. Glenna

Respectfully submitted,

/s/ Roger D. Oppenheim
_____

Roger D. Oppenheim
FBN: 14206
SBN: 15292400

OF COUNSEL:
**LORANCE THOMPSON, P.C.**
2900 North Loop West, Suite 500
Houston, TX 77092
713/868-5560
713/864-4671 (fax)
rdo@lorancethompson.com
ATTORNEY FOR DEFENDANTS
KNIGHT TRANSPORTATION, INC
AND WAYNE E. GLENNA

.

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2019, a true and correct copy of the foregoing instrument was served by e-filing and/or facsimile to the following counsel of record:

Paul "Chip" Ferguson, Jr.
Ferguson Law Firm
350 Pine Street, Ste. 1440
Beaumont, TX 77701
cferguson@thefergusonlawfirm.com

/s/ Roger D. Oppenheim

_____

Roger D. Oppenheim

CIVIL CASE INFORMATION SHEET

FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
12/28/2018 10:00 AM
JAMIE SMITH
DISTRICT CLERK
E-203101

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____ COURT *(FOR CLERK USE ONLY):* _____

## PATRICIA WARE  V. KNIGHT TRANSPORTATION INC. AND WAYNE E. GLENNA

STYLED
*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing. This sheet, approved by the Texas Judicial Council, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| Name: Paul F "Chip" Ferguson, Jr.  Email: cferguson@thefergusonlawfirm.com<br><br>Address:<br><br>350 Pine Street<br>City/State/Zip:<br><br>Beaumont, Texas 77701<br><br>Signature:<br><br>*/s/ Paul F "Chip" Ferguson, Jr.*  Telephone: 409.832.9700<br>Fax: 409.832.9708<br><br>State Bar No: 06919200 | Plaintiff(s)/Petitioner(s):<br><br>Patricia Ware<br><br>Defendant(s)/Respondent(s):<br><br>1. Knight Transportation, Inc.<br>2. Wayne E. Glenna | ☒ Attorney for Plaintiff/Petitioner<br>☐ *Pro Se* Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: _____<br><br>Additional Parties in Child Support Case:<br><br>Custodial Parent:<br><br>Non-Custodial Parent:<br><br>Presumed Father: |

**2. Indicate case type, or identify the most important issue in the case** *(select only 1):*

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract:<br><br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract: | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional Liability:<br><br>☒ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability List Product:<br><br>☐ Other Injury or Damage: Wrongful death | ☐ Eminent Domain/ Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property:<br><br>**Related to Criminal Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus— Pre-indictment<br>☐ Other: | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☐ With Children<br>☐ No Children<br><br>**Other Family Law**<br>☐ Enforce Foreign Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities of Minority<br>☐ Other: | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br><br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order<br><br>**Parent-Child Relationship**<br>☐ Adoption/Adoption with Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental Rights<br>☐ Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: | ☐ Administrative Appeal<br>☐ Antitrust/Unfair Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: | | |
| **Tax** | | **Probate & Mental Health** | | |
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: | | |

**3. Indicate procedure or remedy, if applicable** *(may select more than 1):*

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☐ Declaratory Judgment<br>☐ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>☐ Post-judgment | ☐ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☐ Temporary Restraining Order/Injunction<br>☐ Turnover |

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

January 28, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

*Jamie Smith*

Page 1 of 1

DEFENDANT'S EXHIBIT
A

FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
12/28/2018 10:00 AM
JAMIE SMITH
DISTRICT CLERK
E-203101

CAUSE NO. _____

| | | |
|---|---|---|
| **PATRICIA WARE**<br>**Plaintiff,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| | § | |
| **V.** | § | **JEFFERSON COUNTY, TEXAS** |
| | § | |
| **KNIGHT TRANSPORTATION,** | § | |
| **INC. and WAYNE E. GLENNA,** | § | _____ **DISTRICT COURT** |
| **Defendants** | § | |

---

### PLAINTIFF'S ORIGINAL PETITION

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, **PATRICIA WARE**, Plaintiff, complaining of and about **KNIGHT TRANSPORTATION, INC. and WAYNE E. GLENNA**, Defendants, and for cause of action would respectfully show the Court the following:

### 1. DISCOVERY CONTROL PLAN

Discovery is intended to be conducted under Level 3 of Texas Rules of Civil Procedure, 190.

### 2. PARTIES

Plaintiff was, at all times material, a resident citizen of the State of Texas.

Defendant **KNIGHT TRANSPORTATION, INC. ("Knight Transportation")** is a foreign corporation authorized to do business in the State of Texas and, further, does business in the State of Texas and in Jefferson County, Texas. This defendant's counsel has agreed to accept service and this pleading is being served on Mr. Roger D. Oppenheim by certified mail with return receipt requested at 2900 North Loop West, 5th Floor, Houston, Harris County, Texas 77092 and electronically to rdo@lorancethompson.com.



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

January 28, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith      Page 1 of 10

Defendant **WAYNE E. GLENNA ("Glenna")** may be served by serving his attorney. This defendant's counsel has agreed to accept service and this pleading is being served on Mr. Roger D. Oppenheim by certified mail with return receipt requested at 2900 North Loop West, 5th Floor, Houston, Harris County, Texas 77092 and electronically to rdo@lorancethompson.com.

### 3. JURISDICTION AND VENUE

This is a personal injury suit resulting from a motor vehicle accident. Both jurisdiction and venue are proper in this cause. Plaintiff seeks damages that are within the jurisdictional limits of the Court as she is seeking monetary relief over $1,000,000. Plaintiffs reserves the right to amend their petition during and/or after the discovery process. Venue is likewise proper in this county pursuant to Tex. Civ. Prac. & Rem. Code §15.001 et seq. and related venue provisions. In particular, the incident made the basis of this lawsuit occurred in Jefferson County, Texas.

### 4. FACTS

On March 12, 2017, Plaintiff **PATRICIA WARE** was the victim of a motor vehicle crash that occurred in Beaumont, Jefferson County, Texas when a tractor-trailer unit being driven by Defendant **GLENNA** crashed into Plaintiff's vehicle. At all times material, Defendant **GLENNA** was acting in the course and scope his employment with Defendant **KNIGHT TRANSPORTATION.** This crash was brought about to occur and was proximately caused by the negligence, direct and vicarious, of Defendants **KNIGHT TRANSPORTATION and WAYNE E. GLENNA.**

### 5. NEGLIGENCE OF GLENNA

Plaintiff would show that Defendant **GLENNA** was negligent in multiple and many ways, including the following:

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office
January 28, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith
Page 2 of 10

(1)   In failing to exercise ordinary care in the control and operation of the vehicle he was driving;

(2)   In driving in a manner that was unsafe for the conditions present on the roadway;

(3)   In driving in a reckless, careless, unsafe and/or hazardous manner;

(4)   In driving at a rate of speed greater that what a person of ordinary care would have driven under the same or similar circumstances;

(5)   In failing to maintain a rate of speed as would have been maintained by a person of ordinary care would have driven under the same or similar circumstances;

(6)   In failing to control the speed of the vehicle he was operating and as necessary to avoid colliding with another vehicle that was upon the roadway;

(7)   In failing to reduce speed greater as would have been made by a person of ordinary care under the same or similar circumstances;

(8)   In failing to take timely and/or proper evasive action as would have been made by a person of ordinary care under the same or similar circumstances;

(9)   In failing to make a timely and/or proper application of the brakes as would have been made by a person of ordinary care under the same or similar circumstances;

(10)  In failing to exercise a proper and/or safe lookout as would have been done by a person of ordinary care under the same or similar circumstances;

(11)  In operating a vehicle, and particularly a commercial motor vehicle, at a time when **GLENNA** was distracted;

(12)  In operating a vehicle, and particularly a commercial motor vehicle, at a time when **GLENNA** was physically and/or mental unable to do so in a safe and prudent manner;

(13)  In failing to properly and safely inspect and/or maintain the vehicle he was operating; and

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

January 28, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith          Page 3 of 10

(14) In violating state and federal law, including (but not limited to) the rules and regulations of the United States Department of Transportation and/or National Motor Carrier Safety Administration so as to make this defendant negligent *per se*.

The acts of negligence as set out above were a proximate cause of the collision made the basis of this lawsuit. Plaintiff reserves her their right to amend these allegations as further facts, investigation and discovery may warrant.

## 6.  VICARIOUS LIABILITY OF KNIGHT TRANSPORTATION

Defendant **KNIGHT TRANSPORTATION** is vicariously liable for the negligence of Defendant **GLENNA** under the theory *respondeat superior* as, at all times material, **GLENNA** was employed by Defendant **KNIGHT TRANSPORTATION** and was acting within the course and scope of said employment, and in the furtherance of said Defendant's business, at the time of the collision made the basis of this lawsuit. Pleading further, Plaintiff would show that, at all times material, Defendant **GLENNA** was the '*statutory employee*' of Defendant **KNIGHT TRANSPORTATION** as that term is used and applied by the Federal Motor Carrier Safety Regulations.

## 7.  DIRECT LIABILITY OF KNIGHT TRANSPORTATION

Defendant **KNIGHT TRANSPORTATION** is directly and independently liable to Plaintiff for its' own negligent acts and omissions as committed by it and their agents, employees, servants and representatives. This defendant owed specific duties to Plaintiff as well as the users of the public roads and highways, said duties existing and created by common law, statutory law and regulatory laws, rules and regulations. Defendant **KNIGHT TRANSPORTATION** breached these duties and are thus negligent in multiple ways including (but not limited to) the following:



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

January 28, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS
*Jamie Smith*
Page 4 of 10

(1)  In failing to exercise ordinary care in the screening, interviewing, vetting and hiring of Defendant **GLENNA**;

(2)  In failing to exercise ordinary care in the performance and/or execution of a background check on Defendant **GLENNA**;

(3)  In failing to exercise ordinary care in this Defendant's qualification of Defendant **GLENNA** as a driver and operator of a commercial motor vehicle;

(4)  In failing to comply with the applicable state laws as well as the rules and regulations of the Federal Motor Carrier Safety Administration in the hiring and qualification of Defendant **GLENNA** as a driver of a commercial motor vehicle;

(5)  In failing to exercise ordinary in the training of Defendant **GLENNA** including but not limited to training Defendant **GLENNA** to be a safe, careful and prudent driver of a commercial motor vehicle;

(6)  In failing to exercise ordinary care in the monitoring and supervision of the activities of Defendant **GLENNA**;

(7)  In failing to comply with the applicable state laws as well as the rules and regulations of the Federal Motor Carrier Safety Administration training, monitoring and supervision of Defendant **GLENNA** as a driver and operator of a commercial motor vehicle;

(8)  In failing to exercise ordinary care in maintaining, servicing, repairing and inspecting the vehicle that Defendant **GLENNA** was operating at the time of the collision made the basis of this lawsuit;

(9)  In failing to comply with, or require compliance with, the applicable state laws as well as the rules and regulations of the Federal Motor Carrier Safety Administration regarding the maintaining, servicing, repairing and inspecting of commercial motor vehicles such as (and

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

January 28, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Janie Smith   Page 5 of 10

including) the one being driven by Defendant **GLENNA** at the time of the collision made the basis of this lawsuit;

(10) In failing to exercise ordinary care to prevent Defendant **GLENNA** from operating a commercial motor vehicle at a time or under circumstances where Defendant **GLENNA** was physically and/or mentally unable to safely drive and operate a commercial motor vehicle;

(11) In failing to comply with the applicable state laws as well as the rules and regulations of the Federal Motor Carrier Safety Administration regarding Defendant **GLENNA's** physical and/or mental condition or ability to drive a commercial motor vehicle;

(12) In allowing Defendant **GLENNA** to operate a commercial motor vehicle at a time or under circumstances when Defendant **KNIGHT TRANSPORTATION** knew, or in the exercise of ordinary care should have known, that Defendant **GLENNA** was unable to safely drive and operate a commercial motor vehicle;

(13) In failing to comply with the applicable state laws as well as the rules and regulations of the Federal Motor Carrier Safety Administration by allowing or requiring Defendant **GLENNA** a commercial motor vehicle at a time or under circumstances when Defendant **KNIGHT TRANSPORTATION** knew, or should have known, that Defendant **GLENNA** was unable to safely drive and operate a commercial motor vehicle; and

(14) To the extent not already included in these allegations, Plaintiff invokes the legal doctrine of negligent entrustment.  In this regard, Plaintiff would show that (a) the commercial motor vehicle being operated by Defendant **GLENNA** at the time of the collision in question was owned or otherwise under the control of Defendant **KNIGHT TRANSPORTATION**, (b) Defendant **GLENNA** was a reckless and/or incompetent

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

January 28, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

*Jamie Smith*   Page 6 of 10

driver and was otherwise unfit and/or unqualified to drive and operate the vehicle in question, and (c) Defendant **KNIGHT TRANSPORTATION** knew, or in the exercise of ordinary care should have known, of such recklessness, incompetence, unfitness and/or lack of qualification.

The acts of negligence as set out above were a proximate cause of the collision made the basis of this lawsuit.  Plaintiff reserves their right to amend these allegations as further facts, investigation and discovery may warrant.

## 8.  DEFENDANTS' CONDUCT JUSTIFIES AND REQUIRES IMPOSITION OF PUNITIVE AND/OR EXEMPLARY DAMAGES

The above-stated facts that set forth the Defendants' acts and omissions constitute more than ordinary negligence.  They are of such a nature so as to constitute gross negligence and to further and otherwise justify and require the imposition of punitive and exemplary damages over and against Defendants.  Plaintiff hereby sues for the recovery of such damages.

## 9.  PLAINTIFF'S DAMAGES

As a result of the collision made the basis of this lawsuit, Plaintiff **PATRICIA WARE** suffered severe, significant, disabling and life-altering personal injuries, damages and losses.  As such, he is entitled to recover and hereby sues for the recovery of the following elements of damages:

(1) Reasonable and necessary medical and other health care-related expenses sustained in the past and which, in reasonable probability, she will sustain in the future:

(2) Loss and/or impairment of earnings and/or earning capacity sustained in the past and which, in reasonable probability, she will sustain in the future;

(3) Physical pain sustained in the past and which, in reasonable probability, she will sustain in



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

January 28, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Janie Smith    Page 7 of 10

(4) Mental anguish and emotional distress sustained in the past and which, in reasonable probability, she will sustain in the future;

(5) Physical impairment sustained in the past and which, in reasonable probability, she will sustain in the future;

(6) Physical disfigurement sustained in the past and which, in reasonable probability, she will sustain in the future;

(7) Loss and/or impairment of his enjoyment of life sustained in the past and which, in reasonable probability, she will sustain in the future;

Plaintiff would show that all of the above-stated damages, injuries and losses were brought to occur, and were legally and proximately caused, by the negligence of Defendants.

## 10. PRE- AND POST JUDGMENT INTEREST

Plaintiff further seeks the recovery of all interest allowed at law, including pre-judgment and post-judgment interest.

## 11. CONDITIONS PRECEDENT

Plaintiff would show that all conditions precedent to the maintenance of this action have been met and satisfied.

## 12. RIGHT TO AMEND

Furthermore, Plaintiff would state that because of the complex nature of accident and collision, and because without first conducting some discovery in this suit, Plaintiff cannot discover the identities of additional, responsible parties and/or additional witnesses, or reasonably discover information that will form the basis for additional, appropriate claims and causes of action that may properly be asserted in this suit, Plaintiff reserves the right to amend her pleading to join



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

January 28, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith   Page 8 of 10

and/or omit parties as appropriate and to assert additional or different claims, allegations, causes of action, and grounds for recovery.

### 13. SELF-AUTHENTICATION

Pursuant to Rule 193.7 of the TEXAS RULES OF CIVIL PROCEDURE, this is the "actual" written notice that all documents produced in this litigation shall be used by the Plaintiff at pretrial proceedings and trial. Hence, all documents produced in this litigation are deemed self-authenticating for use in any pretrial proceeding or at trial; and any objections thereto by the Defendants shall be in writing or placed on the record, giving Plaintiff a reasonable opportunity to establish the challenged document's authenticity.

### 14.    REQUEST FOR DISCLOSURE

Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Defendants are requested to disclose the information and material described in Rule 194.2 within fifty (50) days of the service of this Plaintiff's Request for Disclosure to Defendants.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that upon trial hereof, Plaintiff have and recover such sums as would reasonably and justly compensate them, in accordance with the rules of law and procedure as to actual damages, exemplary damages, and court costs. In addition, Plaintiff requests the award of attorneys' fees for the trial and any appeal of this case, for all costs of Court on her behalf expended, for pre-judgment and post-judgment interest as allowed by law, and for any other and further relief, either at law or in equity, to which they may show themselves justly entitled.



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office
January 28, 2019
JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS
Jamie Smith   Page 9 of 10

Respectfully submitted,

**THE FERGUSON LAW FIRM, LLP**
350 Pine Street, Suite 1440
Beaumont, Texas 77701
(409) 832-9700 phone
(409) 832-9708 fax

By:     s/ *Paul F. "Chip" Ferguson, Jr.*
Paul F. Ferguson, Jr.
State Bar No. 06919200

**ATTORNEY FOR PLAINTIFF**



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

January 28, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

*Jamie Smith* Page 10 of 10

RECEIPT FOR: FEES                                    E-FILING

Cause No: E-0203101          Date: 12/28/18          Receipt No:  436059
  Style:  PATRICIA WARE
        vs KNIGHT TRANSPORTATION INC ET AL

  Paid By: FERGUSON, PAUL F JR                              P
  Amt Paid:      443.00 EFILE029998277-0   Bal Due:

  10.00      RECORDS MANAGEMENT        10.00    COURT RECORD PRESERVATIO
  10.00      RECORDS ARCHIVE FEE        5.00    SECURITY OF COURTS AND J
  50.00      COUNTY FILING FEE         20.00    COPIES
  50.00      STATE FILING FEE
  10.00      LIBRARY FEE
  15.00      MEDIATION CENTER FEE
  15.00      STENO
   5.00      SECURITY FEE
  10.00      INDIGENT FEE
  42.00      JUDICIAL SUPPORT
   5.00      APPELLATE JUDICIAL SYSTE
  30.00      ELECTRONIC FILING FEE

              JAMIE SMITH, CLERK DISTRICT COURTS
                  Jefferson County, Texas

                        By: _____
  _____      ODBC              Deputy



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

January 28, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith   Page 1 of 1

C0203101---00006

Citation by Mailing

# THE STATE OF TEXAS

No. E-0203101

PATRICIA WARE
VS. KNIGHT TRANSPORTATION INC ET AL

## CITATION BY MAILING

### 172nd JUDICIAL DISTRICT COURT
### of JEFFERSON COUNTY, TEXAS

To: **KNIGHT TRANSPORTATION INC**
 **BY SERVING ITS REGISTERED AGENT ROGER D OPPENHEIM**

by serving at:
**2900 NORTH LOOP WEST**
**5TH FLOOR**
**HOUSTON, TX   77092 0000**

**DEFENDANT:**

NOTICE:

    You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Said answer may be filed by mailing same to: District Clerk's Office, 1085 Pearl, Room 203, Beaumont, TX 77701, (or if the case is designated as an E-file case, E-file through Lexis Nexis file and serve) or by bringing it to the office. The case is presently pending before the 172nd District Court of Jefferson County sitting in Beaumont, Texas, and was filed on the 28th day of December, 2018. It bears cause number E-0203101 and is styled:

Plaintiff:

    **PATRICIA WARE**

VS.

    **KNIGHT TRANSPORTATION INC ET AL**

Defendant:

The name and address of the attorney for plaintiff (or plaintiff, if pro se) is:

    **FERGUSON, PAUL F JR, Atty.**
    **350 PINE SUITE 1440**
    **BEAUMONT, TX   77701 0**

The nature of the demands of said plaintiff is shown by a true and correct copy of Plaintiff's PETITION (PLAINTIFF'S ORIGINAL) **ATTACHED LETTER DESIGNATING ALL CASES EFILE** accompanying this citation and made a part thereof.

Issued under my hand and the seal of said court, at Beaumont, Texas, this the 2nd day of January, 2019.

        JAMIE SMITH, DISTRICT CLERK
        JEFFERSON COUNTY, TEXAS

BY _Valencia Simpson_ Deputy

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

January 28, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

_Jamie Smith_ Page 1 of 2

Valencia



## RETURN OF SERVICE

E-0203101                172nd JUDICIAL DISTRICT COURT

PATRICIA WARE

KNIGHT TRANSPORTATION INC ET AL

Executed when copy was delivered:

This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of _____, 20____.

_____, Officer
_____, County, Texas
By: _____, Deputy

**ADDRESS FOR SERVICE:**
KNIGHT TRANSPORTATION INC
BY SERVING ITS REGISTERED AGENT ROGER D OPPENHEIM
2900 NORTH LOOP WEST
5TH FLOOR
HOUSTON, TX 77092 0000

### OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____ o'clock ____.m., and executed in _____, County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the Citation by Mailing at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
| --- | --- | --- |
| | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

**FEES:**

Serving Petition and Copy  $_____

Total                                $_____

_____, Officer
_____, County, Texas

By: _____, Deputy

_____
Affiant

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer of authorized person who serves, or attempts to serve, a citation shall sign and return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my address is _____
(First, Middle, Last)

_____
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____, County, State of _____, on the _____ day of _____.

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

January 28, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS
*Jamie Smith*

_____
Declarant/Authorized Process Server

_____
(Id # expiration of certification)

Page 2 of 2



C0203101---00007

Citation by Mailing

# THE STATE OF TEXAS

No. E-0203101

PATRICIA WARE
VS. KNIGHT TRANSPORTATION INC ET AL

## CITATION BY MAILING

### 172nd JUDICIAL DISTRICT COURT
### of JEFFERSON COUNTY, TEXAS

To: **GLENNA, WAYNE E**
   **BY SERVING ITS REGISTERED AGENT ROGER D OPPENHEIM**

by serving at:
**2900 NORTH LOOP WEST
5TH FLOOR
HOUSTON, TX    77092 0000**

**DEFENDANT:**

NOTICE:

   You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  Said answer may be filed by mailing same to: District Clerk's Office, 1085 Pearl, Room 203, Beaumont, TX 77701, (or if the case is designated as an E-file case, E-file through Lexis Nexis file and serve) or by bringing it to the office.  The case is presently pending before the 172nd District Court of Jefferson County sitting in Beaumont, Texas, and was filed on the 28th day of December, 2018.  It bears cause number E-0203101 and is styled:

Plaintiff:

   **PATRICIA WARE**

VS.

   **KNIGHT TRANSPORTATION INC ET AL**

Defendant:

   The name and address of the attorney for plaintiff (or plaintiff, if pro se) is:

   **FERGUSON, PAUL F JR, Atty.
   350 PINE SUITE 1440
   BEAUMONT, TX    77701 0**

The nature of the demands of said plaintiff is shown by a true and correct copy of Plaintiff's PETITION (PLAINTIFF'S ORIGINAL) **ATTACHED LETTER DESIGNATING ALL CASES EFILE** accompanying this citation and made a part thereof.

   Issued under my hand and the seal of said court, at Beaumont, Texas, this the 2nd day of January, 2019.

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

BY _Valencia Simpson_ Deputy

Valencia

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

January 28, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith   Page 1 of 2



RETURN OF SERVICE

E-0203101            172nd JUDICIAL DISTRICT COURT

PATRICIA WARE

KNIGHT TRANSPORTATION INC ET AL

Executed when copy was delivered:

This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of _____, 20____.

_____, Officer
_____, County, Texas
By: _____, Deputy

**ADDRESS FOR SERVICE:**
GLENNA, WAYNE E
BY SERVING ITS REGISTERED AGENT ROGER D OPPENHEIM
2900 NORTH LOOP WEST
5TH FLOOR
HOUSTON, TX 77092 0000

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 20____, at _____, o'clock ____.m., and executed in _____, County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the Citation by Mailing at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
|      |           |                                            |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

**FEES:**

Serving Petition and Copy   $_____

Total                               $_____

_____, Officer
_____, County, Texas

By: _____, Deputy

_____
Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**

In accordance with Rule 107: The officer of authorized person who serves, or attempts to serve, a citation shall sign and return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my address is _____
             (First, Middle, Last)

_____
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____, County, State of _____, on the _____ day of _____.

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

January 28, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

*Jamie Smith*   Page 2 of 2

_____
Declarant/Authorized Process Server

_____
(Id # expiration of certification)



**FILED**
**DISTRICT CLERK OF**
**JEFFERSON CO TEXAS**
12/28/2018 10:00 AM
**JAMIE SMITH**
**DISTRICT CLERK**
D-203101

JAMIE SMITH
JEFFERSON COUNTY DISTRICT CLERK
1085 PEARL STREET, ROOM 203, BEAUMONT,TX 77701

# REQUEST FOR PROCESS
## All sections must be completed for processing this request.

Section 1:
Cause No.                                          Date ____ December 28, 2018
Style:

PATRICIA WARE

Vs.

KNIGHT TRANSPORTATION, INC. and WAYNE E. GLENNA

Section 2:
Check Process Type:

X Citation      □ Precept to Serve / Notice of Hearing/Notice to Show Cause

□ Temporary Restraining Order
□ Application for Protective Order / Temporary (Ex Parte) Protective Order
□ Notice of Registration of Foreign Judgment   □ Citation by Posting
□ Writ of_____      □ Other
□Citation by Publication*- Newspaper:

□Check box if you would like the District Clerk's Office to make copies for your service. ($1.00 per page per pleading for copies for service)

Section 3:
Title of Document/Pleading to be attached for service: PLAINTIFF'S ORIGINAL PETITION

Note: You must furnish <u>one copy</u> of the document/pleading for <u>each</u> party served.

Section 4:  PARTIES TO BE SERVED (Please type or print):

1.  1. Name: KNIGHT TRANSPORTATION, INC – By Serving Roger D. Oppenheim

   Address: 2900 North Loop West, 5th Floor

   City: Houston        State: Texas        Zip: 77092

   2.Name: WAYNE E. GLENNA – By Serving Roger D. Oppenheim

   Address: 2900 North Loop West, 5th Floor

   City: Houston        State: Texas        Zip: 77092

**I CERTIFY THIS IS A TRUE COPY**
Witness my Hand and Seal of Office

January 28, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

Jamie Smith     Page 1 of 2



**DEFENDANT'S EXHIBIT**
D
ALL-STATE LEGAL

3. Name:_____

   Address:_____

   City:_____ State:_____ Zip:_____

4. Name:_____

   Address: _____

   City:_____ State:_____ Zip:_____

5. Name:_____

   Address: _____

   City:_____ State:_____ Zip:_____

Section 5

## Check Service Type:

☐   No Service                    ☐   Secretary of State

☐   Sheriff                       ☐   Commissioner of Insurance

☐   Constable Pct.                ☐   Out of County

☐   Out of State                  ☐   Private Process   ☐ Other

X   Certified Mail

Section 6 (ONLY if Section 7 does not apply)

**Attorney Name:  Paul F. "Chip" Ferguson, Jr., Ferguson Law Firm**

**Address:  350 Pine Street, Suite 1440, Beaumont, Texas 77701**

Attorney's Telephone No.: (409) 832-9700      Attorney's Bar No.:  06919200

Section 7 (ONLY if Section 6 does not apply)

## Pro-Se Name:_____

Address:_____

_____City_____State_____Zip

Telephone No. _____

Section 8

## Check Delivery Type:

☐  Hold for pick up      ☐  Mail to Attorney



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

January 28, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith  Page 2 of 2

Citation by Mailing

C0203101---00006

# THE STATE OF TEXAS

No. E-0203101

PATRICIA WARE
VS. KNIGHT TRANSPORTATION INC ET AL

## CITATION BY MAILING

### 172nd JUDICIAL DISTRICT COURT
### of JEFFERSON COUNTY, TEXAS

To: KNIGHT TRANSPORTATION INC
    BY SERVING ITS REGISTERED AGENT ROGER D OPPENHEIM

by serving at:
**2900 NORTH LOOP WEST**
**5TH FLOOR**
**HOUSTON, TX    77092 0000**

DEFENDANT:

NOTICE:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Said answer may be filed by mailing same to: District Clerk's Office, 1085 Pearl, Room 203, Beaumont, TX 77701, (or if the case is designated as an E-file case, E-file through Lexis Nexis file and serve) or by bringing it to the office. The case is presently pending before the 172nd District Court of Jefferson County sitting in Beaumont, Texas, and was filed on the 28th day of December, 2018. It bears cause number E-0203101 and is styled:

Plaintiff:

**PATRICIA WARE**

VS.

**KNIGHT TRANSPORTATION INC ET AL**

Defendant:

The name and address of the attorney for plaintiff (or plaintiff, if pro se) is:

FERGUSON, PAUL F JR, Atty.
350 PINE SUITE 1440
BEAUMONT, TX   77010

The nature of the demands of said plaintiff is shown by a true and correct copy of Plaintiff's PETITION (PLAINTIFF'S ORIGINAL) **ATTACHED LETTER DESIGNATING ALL CASES EFILE** accompanying this citation and made a part thereof.

Issued under my hand and the seal of said court, at Beaumont, Texas, this the 2nd day of January, 2019.

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

BY _Valencia Simpson_ Deputy

Valencia

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

January 28, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

_Jamie Smith_ Page 1 of 4



## RETURN OF SERVICE

E-0203101       172nd JUDICIAL DISTRICT COURT

PATRICIA WARE

KNIGHT TRANSPORTATION INC ET AL

Executed when copy was delivered:

This is a true copy of the original citation, was delivered to defendant **Knight Transportation INC.** on the **9th** day of **Jan**, 20 **19**.

_____, Officer

_____, County, Texas

By: _____, Deputy

**ADDRESS FOR SERVICE:**
KNIGHT TRANSPORTATION INC
BY SERVING ITS REGISTERED AGENT ROGER D OPPENHEIM
2900 NORTH LOOP WEST
5TH FLOOR
HOUSTON, TX 77092 0000

### OFFICER'S RETURN

Came to hand on the **11th** day of **January**, 20 **19**, at **12:00**, o'clock **p**.m., and executed in **Jefferson**, County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the Citation by Mailing at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| Knight Transportation INC. | 1/9/19 | 2900 N. Loop West 5th floor Houston, TX 777092 |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: **Certified Mail**

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

**FEES:**

Serving Petition and Copy $ **70**

Total $ _____

_____

**Jamie Smith**, Officer

_____, County, Texas

By: **D. Fontenot**, Deputy

_____

Affiant

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer of authorized person who serves, or attempts to serve, a citation shall sign and return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my address is _____
         (First, Middle, Last)

_____
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____, County, State of _____, on the _____ day of _____.

**I CERTIFY THIS IS A TRUE COPY**
Witness my Hand and Seal of Office

January 28, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

_Jamie Smith_

Declarant/Authorized Process Server

_____

(Id # expiration of certification)

Page 2 of 4



JAMIE SMITH
DISTRICT CLERK'S OFFICE
1085 PEARL ST RM 203
BEAUMONT, TX 77701-3545

**9214 8901 0661 5400 0132 2997 05**

**RETURN RECEIPT (ELECTRONIC)**

KNIGHT TRANSPORATATION INC
BY SERVING ITS REGISTERED AGENT ROGER D
OPPENHEIM
2900 NORTH LOOP W STE 5
**HOUSTON, TX  77092-8868**

............................................... CUT / FOLD HERE ...............................................

............................................... 6"X9" ENVELOPE ...............................................
CUT / FOLD HERE

............................................... CUT / FOLD HERE ...............................................



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

January 28, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY ,TEXAS

*Jamie Smith* Page 3 of 4

**FILED**

at 12:00 o'clock P M

**JAN 1 1 2019**

**JAMIE SMITH, DISTRICT CLERK**
Jefferson County, Texas

BY *D. Fontenot* DEPUTY




**UNITED STATES
POSTAL SERVICE**

January 10, 2019

Dear MAIL MAIL:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 0661 5400 0132 2997 05.**

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | January 9, 2019, 12:45 pm |
| **Location:** | HOUSTON, TX 77092 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | KNIGHT TRANSPORATATION INC |

**Shipment Details**

**Recipient Signature**

Signature of Recipient: *Anita Pinoz*

Address of Recipient: *2900 NLW #500*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

The customer reference information shown below is not validated or endorsed by the United States Postal Service.  It is solely for customer use.

Reference ID: 921489010661540001322997705

KNIGHT TRANSPORATATION INC
BY SERVING ITS REGISTERED AGENT ROGER D OPPENHEIM
2900 North Loop W Ste 5
Houston, TX  77092-8868

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

January 28, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS
*Jamie Smith*   Page 4 of 4

Citation by Mailing

C0203101---00007

# THE STATE OF TEXAS

No. E-0203101

PATRICIA WARE
VS. KNIGHT TRANSPORTATION INC ET AL

## CITATION BY MAILING

### 172nd JUDICIAL DISTRICT COURT
### of JEFFERSON COUNTY, TEXAS

To: GLENNA, WAYNE E
   BY SERVING ITS REGISTERED AGENT ROGER D OPPENHEIM

by serving at:
**2900 NORTH LOOP WEST**
**5TH FLOOR**
**HOUSTON, TX   77092 0000**

**DEFENDANT:**

NOTICE:

    You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Said answer may be filed by mailing same to: District Clerk's Office, 1085 Pearl, Room 203, Beaumont, TX 77701, (or if the case is designated as an E-file case, E-file through Lexis Nexis file and serve) or by bringing it to the office. The case is presently pending before the 172nd District Court of Jefferson County sitting in Beaumont, Texas, and was filed on the 28th day of December, 2018. It bears cause number E-0203101 and is styled:

**PATRICIA WARE**                                                                          Plaintiff:
VS.
**KNIGHT TRANSPORTATION INC ET AL**                                                        Defendant:

The name and address of the attorney for plaintiff (or plaintiff, if pro se) is:

    FERGUSON, PAUL F JR, Atty.
    350 PINE SUITE 1440
    BEAUMONT, TX   77010

The nature of the demands of said plaintiff is shown by a true and correct copy of Plaintiff's PETITION (PLAINTIFF'S ORIGINAL) **ATTACHED LETTER DESIGNATING ALL CASES EFILE** accompanying this citation and made a part thereof.

    Issued under my hand and the seal of said court, at Beaumont, Texas, this the 2nd day of January, 2019.

                                                JAM E SMITH, DISTRICT CLERK
                                                JEFFERSON COUNTY, TEXAS


                                        BY  _Valencia Simpson_  Deputy

**I CERTIFY THIS IS A TRUE COPY**
Witness my Hand and Seal of Office

January 28, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

_Jamie Smith_ Page 1 of 4

Valencia



### RETURN OF SERVICE

E-0203101                172nd JUDICIAL DISTRICT COURT

PATRICIA WARE

KNIGHT TRANSPORTATION INC ET AL

Executed when copy was delivered:

This is a true copy of the original citation, was delivered to defendant _Wayne E. Glenna_, on the _10th_ day of _Jan_, 20_19_.

_____, Officer
_____, County, Texas
By: _____, Deputy

**ADDRESS FOR SERVICE:**
GLENNA, WAYNE E
BY SERVING ITS REGISTERED AGENT ROGER D OPPENHEIM
2900 NORTH LOOP WEST
5TH FLOOR
HOUSTON, TX 77092 0000

**OFFICER'S RETURN**

Came to hand on the _14th_ day of _January_, 20_19_, at _11:55_, o'clock _a_.m., and executed in _Jefferson_, County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the Citation by Mailing at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| Wayne E. Glenna | 1/10/19 | 2900 N. Loop West 5th Floor Houston, TX 77092 |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:
_Certified Mail_

and the cause or failure to execute this process is:
_____

and the information received as to the whereabouts of said defendant(s) being:
_____

**FEES:**

Serving Petition and Copy $ _70_
Total                  $_____

_Jamie Smith_, Officer
_____, County, Texas

By: _D. Fontenot_, Deputy

_____
Affiant

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**

In accordance with Rule 107: The officer of authorized person who serves, or attempts to serve, a citation shall sign and return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my address is
         (First, Middle, Last)

_____
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____, County, State of _____, on the _____ day of _____.

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

January 28, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

_Jamie Smith_
Page 2 of 4

_____
Declarant/Authorized Process Server

_____
(Id # expiration of certification)



**9214 8901 0661 5400 0132 3006 23**

JAMIE SMITH
DISTRICT CLERK'S OFFICE
1085 PEARL ST RM 203
BEAUMONT, TX 77701-3545

RETURN RECEIPT (ELECTRONIC)

WAYNE E GLENNA
BY SERVING ITS REGISTERED AGENT ROGER D
OPPENHEIM
2900 NORTH LOOP W STE 5
HOUSTON, TX 77092-8868

CUT / FOLD HERE

9"X9" ENVELOPE
CUT / FOLD HERE

CUT / FOLD HERE



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

January 28, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith  Page 3 of 4

**FILED**
at 11:55 o'clock a M

**JAN 1 4 2019**

JAMIE SMITH, DISTRICT CLERK
Jefferson County, Texas
BY D. Fontenot                DEPUTY


**UNITED STATES POSTAL SERVICE**

January 13, 2019

Dear MAIL MAIL:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 0661 5400 0132 3006 23**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | January 10, 2019, 12:38 pm |
| **Location:** | HOUSTON, TX 77092 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | WAYNE E GLENNA |

### Shipment Details

### Recipient Signature

Signature of Recipient: *Anita Mroz*

Address of Recipient: *2900 500*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

The customer reference information shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Reference ID: 92148901066154000132300623

WAYNE E GLENNA
BY SERVING ITS REGISTERED AGENT ROGER D OPPENHEIM
2900 North Loop W Ste 5
Houston, TX 77092-8868

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

January 28, 2019

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS
*Jamie Smith*
Page 4 of 4

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **PATRICIA WARE** | § | |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 1:19-cv-47** |
| | § | |
| **KNIGHT TRANSPORTATION, INC.** | § | |
| **AND WAYNE E. GLENNA** | § | |
| **Defendants** | § | **JURY REQUESTED** |

<u>LIST OF PARTIES, COUNSEL OF RECORD AND STATUS</u>

**PLAINTIFF:**                          **DEFENDANTS:**
Patricia Ware                          Knight Transportation, Inc.
                                        Wayne E. Glenna

<u>ATTORNEYS:</u>

**ATTORNEY FOR PLAINTIFF:**              **ATTORNEY FOR DEFENDANT**
Paul "Chip" Ferguson, Jr.               Roger D. Oppenheim
SBN:   0691200                          SBN:  15293400
FBN:                                    FBN:  14205
**FERGUSON LAW FIRM**                    **LORANCE THOMPSON, PC**
350 Pine Street, Ste. 1440              2900 North Loop West, Ste. 500
Beaumont, TX 77701                      Houston, TX 77092
409/832-9700                            713/868-5560
409/832-9708 (fax)                      713/864-4671 (fax)
cferguson@thefergusonlawfirm.com        rdo@lorancethompson.com

<u>STATUS OF REMOVED CASE</u>:

December 28, 2018      Plaintiff's Original Petition

January 31, 2019       Defendants' Notice of Removal

Defendants, Knight Transportation, Inc. and Wayne E. Glenna have been served with the Plaintiff's Original Petition. Defendants have not filed responses to written discovery. No depositions have been taken. The matter has not been mediated. The case has no trial setting or other court ordered deadlines.

Respectfully submitted,

/s/ Roger D. Oppenheim

Roger D. Oppenheim
FBN:  14206
SBN:  15292400

OF COUNSEL:
**LORANCE THOMPSON, P.C.**
2900 North Loop West, Suite 500
Houston, TX 77092
713/868-5560
713/864-4671 (fax)
rdo@lorancethompson.com
ATTORNEY FOR DEFENDANTS
KNIGHT TRANSPORTATION, INC.
AND WAYNE E. GLENNA

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of January, 2019, a true and correct copy of the foregoing instrument was served by e-filing and/or facsimile to the following counsel of record:

Paul "Chip" Ferguson, Jr.
Ferguson Law Firm
350 Pine Street, Ste. 1440
Beaumont, TX 77701
cferguson@thefergusonlawfirm.com

/s/ Roger D. Oppenheim

Roger D. Oppenheim