| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| PATRICIA WARE, | § |
| | § |
| Plaintiff, | § |
| | § |
| *versus* | § CIVIL ACTION 1:19-CV-47___ |
| | § |
| KNIGHT TRANSPORTATION, INC. | § |
| and WAYNE E. GLENNA, | § |
| | § |
| Defendants. | § |

## FINAL JUDGMENT

In light of the parties' failure to submit final settlement papers or move for reinstatement within ninety (90) days of the court's Order of Conditional Dismissal (#23), signed August 7, 2020, this action is dismissed with prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 9th day of November, 2020.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE